## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **STATE BANK OF TEXAS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MUKESH C. PATEL and RAJESH C. PATEL,** )<br>)<br>**Defendants/Guarantors.** )<br>_____) | **CIVIL ACTION FILE<br>NO. 1:09-CV-1494-RLV** |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and in accordance with L.R. 56.1, Plaintiff State Bank of Texas ("SBT") respectfully moves this Court to grant summary judgment in favor of SBT and against Defendants/Guarantors Mukesh C. Patel and Rajesh C. Patel (collectively "Guarantors") on SBT's claims to recover Guarantors' indebtedness under certain loan documents. As a matter of undisputed fact and law, Guarantors are liable to SBT for their defaults under two guaranties as well as SBT's statutory attorneys' fees pursuant to the terms of the loan documents and O.C.G.A. § 13-1-11.

SBT is also entitled to judgment as a matter of law on Guarantors' baseless tortious interference counterclaim. The undisputed facts demonstrate that Guarantors

have no factual or legal basis for their claim.   SBT's Motion for Summary Judgment is supported by SBT's contemporaneously filed Memorandum of Law in Support of its Motion for Summary Judgment, SBT's Statement of Material Facts, the Affidavits of Sushil Patel and Chan Patel, the transcript for the deposition of Rajesh C. Patel, and the pleadings filed in the action.

Respectfully submitted this 21st day of January, 2010.

**PARKER, HUDSON, RAINER & DOBBS LLP**

<u>//s William J. Holley, II</u>
William J. Holley, II
Georgia Bar No.  362310
Cinnamon V. Davis
Georgia Bar No. 428505
Melissa M. Burton
Georgia Bar No. 404685

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Phone (404) 523-5300
Facsimile (404) 522-8409

Attorneys for State Bank of Texas

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** upon defendants utilizing the Court's CM/ECF filing system which will send electronic notification of such filing as follows:

>Mark G. Trigg
>Ryan C. Grelecki
>Greenberg Traurig, LLP
>Suite 400 - The Forum
>3290 Northside Parkway
>Atlanta, Georgia 30327
>triggm@gtlaw.com
>greleckir@gtlaw.com

This 21st day of January, 2010

>//s William J. Holley, II
>William J. Holley, II