# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **STATE BANK OF TEXAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE** |
| v. ) | **NO. 1:09-CV-1494-RLV** |
| ) | |
| **MUKESH C. PATEL and** ) | |
| **RAJESH C. PATEL,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JUDGMENT

In accordance with the Order of the Court entered on February 9, 2011 [Docket Entry No. 19] (the "Order") granting summary judgment in favor of Plaintiff State Bank of Texas:

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order, Final Judgment is hereby ENTERED in favor of Plaintiff State Bank of Texas and against Defendants Mukesh C. Patel and Rajesh C. Patel, jointly and severally, in the amount of **$6,996,103.01 (Six Million Nine Hundred Ninety-Six Thousand One Hundred Three Dollars and One Cent)**, which amount shall accrue post-judgment interest in accordance with law.

Approved by:_____
         Judge Robert L. Vining, Jr.

_____        _____
Date                                                                 Clerk