# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE BANK OF TEXAS, <br><br> *Plaintiff and Judgment Creditor*, <br><br> vs. <br><br> RAJESH PATEL *and* MUKESH PATEL, <br><br> *Judgment Debtors* and *Defendants* | § § § § § § § § § § § § § § | Civil Action No. 1:09-cv-01494-RLV |

## AFFIDAVIT OF MAZIN A. SBAITI IN SUPPORT OF MOTION FOR WRIT OF GARNISHMENT

**STATE OF TEXAS**

**COUNTY OF DALLAS**

**BEFORE ME**, the undersigned authority, personally came and appeared **MAZIN A. SBAITI**, who, after being duly sworn by me, stated as follows:

Mazin A. Sbaiti, having been duly sworn according to law, states that the following facts are true and correct and within his personal knowledge.

Affidavit of Mazin A. Sbaiti – Page 1

1. My name is Mazin A. Sbaiti. I am over the age of eighteen (18) years, and am competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are true and correct to the best of my knowledge and invesigation.

2. I am counsel of record for the Plaintiff/Judgment Creditor in the above captioned case. I am an attorney in good standing with the State Bar of Texas and have been duly admitted *pro hac vice* in the United States District Court for the Northern District of Georgia.

3. The underlying litigation that established the financial liability of Rajesh Patel and Mukesh Patel was brought to a close when Judge Robert L. Vining Jr. signed his Order sustaining summary judgment on behalf of State Bank of Texas [Docket #75] and an entry of Judgment thereupon [Docket #77] on February 9, 2011 and February 15, 2011, respectively. A true and correct copy of the Court's Judgment is attached as **Exhibit A**.[1]

4. Based on the Judgment in Judge Vining's court, a *writ of fieri facias* issued in the Superior Court of Gwinnett County, Georgia, and was recorded. A true and correct copy of the *writ of fieri facis* is attached as **Exhibit B**.

---

[1] Because no substantive legal issues remain concerning the Judgment Debtors' underlying liability in this case, only the Court's final Judgment is attached as an exhibit, and the Court's summary judgment decision [Docket #75] is omitted.

Affidavit of Mazin A. Sbaiti – Page 2

5.   Contemporaneously with its Motion for Writ of Garnishment, State Bank of Texas has sought a Writ of Execution through the Clerk's office for this Court. A true and correct copy of the Writ of Execution submitted to the Clerk for issuance is attached as **Exhibit C**.

6.   Rajesh Patel and Mukesh Patel's principal indebtedness to State Bank of Texas as determined in the aforementioned Judgment was $6,996,103.01. That Judgment amount has been accruing interest at the statutory rate of 7% per annum.[2] As of August 26, 2014, the Judgment Debtors owed at least an additional $1,726,791.56 in interest, the balance of which continues to grow at a rate of $1,341.72 per day. This combined sum is exclusive of the costs of this garnishment proceeding and of statutory attorney's fees of 10% plus $25.00.

7.   I am filing this Affidavit to request, on behalf of State Bank of Texas, that any funds received on this garnishment be condemned.

Further, Affiant sayeth not.

_____
Mazin A. Sbaiti

---

[2] Seven percent annual interest is the statutory rate set for judgments. *See* O.C.G.A. § 7-4-12.

Affidavit of Mazin A. Sbaiti – Page 3

Sworn to and subscribed before me, the undersigned authority, on this the 20th day of August, 2014.

_Jamie Baciak_
NOTARY PUBLIC

JAMIE BACIAK
Notary Public, State of Texas
My Commission Expires
February 04, 2018

Affidavit of Mazin A. Sbaiti – Page 4

# EXHIBIT A

FILED IN CHAMBERS
U.S.D.C.

FEB 15 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATE BANK OF TEXAS, )
)
Plaintiff, )
)
) CIVIL ACTION FILE
v. ) NO. 1:09-CV-1494-RLV
)
MUKESH C. PATEL and )
RAJESH C. PATEL, )
)
Defendants. )
_____ )

## JUDGMENT

In accordance with the Order of the Court entered on February 9, 2011 [Docket Entry No. 19] (the "Order") granting summary judgment in favor of Plaintiff State Bank of Texas:

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order, Final Judgment is hereby ENTERED in favor of Plaintiff State Bank of Texas and against Defendants Mukesh C. Patel and Rajesh C. Patel, jointly and severally, in the amount of **$6,996,103.01 (Six Million Nine Hundred Ninety-Six Thousand One Hundred Three Dollars and One Cent)**, which amount shall accrue post-judgment interest in accordance with law.

Approved by: /s/ Robert L. Vining, Jr.
Judge Robert L. Vining, Jr.

2/15/11
Date

_____
Clerk

# EXHIBIT B

$17,937.95 \times 62.3\% = 11,175.34$

From: unknown   Page: 12/18   Date: 8/27/2013 2:46:36 PM
00170   OCT. 27. 2013   2:13PM   SENT FROM GWINNETT RECORDS ROOM   NO. 444   P. 12

## WRIT OF FIERI FACIAS
## IN THE SUPERIOR COURT OF GWINNETT COUNTY

**GED**

CIVIL ACTION NUMBER: 1:09-CV-1494-RLV
JUDGMENT DATE: FEBRUARY, 15, 2011

STATE BANK OF TEXAS,    **BK 03375 PG 0170**

Plaintiff(s)

Plaintiff's Attorney - Name, Address & Telephone
Name: JESSICA M. YOUNG
Address: TWO SECURITIES CENTRE,
3500 PIEDMONT ROAD, SUITE 320
ATLANTA, GA 30305

VS.
MUKESH C. PATEL
and RAJESH C. PATEL
Jointly and severally

Defendant(s)

To all and singular the sheriffs of the State and their lawful deputies:

Telephone & Area Code: 404-892-1991

Fi. Fa. in Hands of:

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums:

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2011 JUL 15 PM 2:29
TOM LAWLER, CLERK

| | | |
|---|---|---|
| Principal | $ | 6,996,103.01 |
| Interest | $ | 0.00 |
| Interest-Other | $ | 0.00 |
| Attorney's Fees | $ | 0.00 |
| Court Costs | $ | 0.00 |
| Total | $ | 6,996,103.01 |

### CANCELLATION

NOTE:

The within and foregoing Fi. Fa. having been paid in full the clerk of State Court is hereby directed to cancel it

of record this _____ day of _____, 19 ___

Signature: _____

Title: _____

with future interest upon said principal amount from the date of judgment at the legal rate.

Therefore, YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of said defendant(s) and ESPECIALLY/ONLY of the following described property, to wit:

YOU cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and costs aforesaid.

Witness the Honorable __Robert L. Vining, Jr.__ Judge of Said Court,

this the __14th__ day of __July__, __2011__.
ST-5 Rev. 85

TOM LAWLER, CLERK
By: _Laura_____
Deputy Clerk

Fifa issued from Judgment from The United States District Court for the Northern District of Georgia Atlanta division, pursuant to O.C.G.A. 9-12-86, in civil action # 11-AA-01254.

Entered on General Execution Docket _____, at
Page _____ this _____ day of _____, 19 ___

Chan Patel
chan@statebnk.com

069297

# EXHIBIT C

REQUESTING PARTY TO FILL IN AREAS 1 through 12
CLERK TO FILL IN AREAS A & B

State Bank Of Texas v. Patel et al-1:09-cv-01494-RLV
L. Adam Webb and Nazim N. Sbaiti
Counsel for Plaintiff State Bank of Texas

Local Form 005b (5/10)
(formerly DC11, rev. 7/82)

# WRIT OF EXECUTION

## United States District Court

**DISTRICT**
(2) NORTHERN DISTRICT OF GEORGIA

**TO THE MARSHAL OF:**
(3) THE NORTHERN DISTRICT OF GEORGIA

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Rajesh Patel and Mukesh Patel

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $6,996,103.01 plus daily interest of $1,341.72 from 2/15/2011, until paid, and 10% attorneys' fees | |
| and | |

in the United States District Court for the ___NORTHERN___ District of ___GEORGIA___, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Rajesh Patel and Mukesh Patel

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| (8) U.S. DISTRICT COURTHOUSE | (9) NORTHERN DISTRICT OF GEORGIA |
| **CITY** (10) ATLANTA, GEORGIA | **DATE** |

Witness the Honorable ___Robert L. Vining___
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| | JAMES N. HATTEN |
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|