# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **STATE BANK OF TEXAS** § § | |
| *Plaintiff and Judgment Creditor*, § § | |
| vs. § § | |
| **RAJESH PATEL** *and* **MUKESH PATEL**, § | Civil Action No. 1:09-cv-01494-RLV |
| *Judgment Debtors* and *Defendants,* § § § | |
| _____ § | |
| *Garnishee* § | |

## SUMMONS OF GARNISHMENT

To:   Garnishee:

Amount claimed due by Plaintiff:  $6,796,103.01, plus an additional $1,726,7791.56 in interest as of August 26, 2014 ($1,341.72 per day), and attorneys' fees of 10%, plus $25.00

Plus court costs due on the summons = $_____

YOU ARE HEREBY COMMANDED to hold immediately all property, money, wages, except what is exempt, belonging to the defendant, or debts owed to the defendant named above at the time of service of this summons and between the time of service of this summons and the time of making your garnishee answer. Not sooner than 30 days but not later than 45 days

Summons of Garnishment

after you are served with this summons, you are commanded to file your garnishee answer in writing with the clerk of this court and serve a copy upon the plaintiff or the plaintiff's attorney named below. Money or other property subject to this summons should be delivered to the court with your garnishee answer.

Should you fail to file a garnishee answer to this summons, a judgment will be rendered against you for the amount the plaintiff claims due by the defendant.

Witness the Honorable _____ Judge of Said Court.

This \_\_\_ day of _____, 2014.

_____
Clerk of Court

_____
Mazin A. Sbaiti
Steckler LLP
12720 Hillcrest Road – Suite 1045
Dallas, TX  75230
972-387-4040 (T)
972-387-4041 (F)
Plaintiff's Attorney

    Service perfected on Garnishee this \_\_\_\_ day of _____, 2014.

_____
Deputy/Marshal/Sheriff/Constable/Other

Summons of Garnishment

| Garnishee Name | Garnishee Address | | | | Agent for Service of Process | Agent Address |
|---|---|---|---|---|---|---|
| Shama R. Patel | 2253 Grady Ridge Trail | Duluth | GA | 30097 | | |
| Jay R. Patel | 2253 Grady Ridge Trail or 5728 Lost Grove Dr. NW | Duluth Lilburn | GA | 30097 30047 | | |
| Monica Patel | 2253 Grady Ridge Trail | Duluth | GA | 30097 | | |
| Johnson | Knight c/o Bryan Knight | 1360 Peachtree Street NE, Suite 1201 | Atlanta | GA | 30309 | | |
| Mukesh Patel | 2854 Cravey Dr., or 2860 Cravey Dr. | Atlanta | GA | 30345 | | |
| Hasmita Patel | 2854 Cravey Dr., or 2860 Cravey Dr. | Atlanta | GA | 30345 | | |
| Rishi Patel | 705 Town Blvd. Apt. 523 or 2300 Henderson Mill Dr. Suite 125 | Atlanta | GA | 30319 | | |
| Alka Patel | 2300 Henderson Mill Dr. Suite 125 | Atlanta | GA | 30345 | | |
| Mitesh Amin | 1472 Cardova Pointe, | Dunwoody | GA | 30338 | | |
| Arsenal Capital Partners | 202 Landmark Dr. | Normal | IL | 61761 | Jaykumar Patel | 5435 Chelsen Wood Dr. Duluth GA 30097 |
| Kennedy/Diplomat Newnan, LLC | 2055 Brown Rd. Suite 250 | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Carnegie Hotel Manager LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Kingston Hotels LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Birmingham Asset Management Inc. | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Diplomat Hospitality, LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Diplomat Hospitality II, LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, |

| Garnishee Name | Garnishee Address | | | | Agent for Service of Process | Agent Address |
|---|---|---|---|---|---|---|
| | | | | | | Duluth, GA 30097 |
| Diplomat Construction, Inc. | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Diplomat Risk Services LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Budgetel Int'l LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Jay Patel | 5728 Lost Grove Dr. NW, Lilburn GA 30047 |
| Budgetel Licensing Corp. | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Jolley Urga Woodbury & Little | 380 Howard Hughes Pkwy 16th Floor, Las Vegas, NV 89169 |
| CC Operating Company, LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Shama Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| VA Operating Company, LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Shama R. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| SMS Hotel Equities, Inc. | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Host Express, LLC | 2100 Parklake Dr. NE Suite A | Atlanta | GA | 30345 | Mukesh Patel | 2854 Cravey Dr., Atlanta, GA 30345 |
| Premier Travels Inc. | 2100 Parklake Dr. NE Suite C | Atlanta | GA | 30345 | Mukesh Patel | 2854 Cravey Dr., Atlanta, GA 30345 |
| Radha Premier Travel, Inc. | 2100 ParkLake Dr. Suite C | Atlanta | GA | 30345 | Minaksie Patel | 722 Rowland Rd., Stone Mountain GA 30083 |
| RM Kid One, LLC | 2253 Grady Ridge Trail | Atlanta | GA | 30097 | Jay Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| 218 Capital Partners, LLC | 2253 Grady Ridge Trail | Duluth | GA | 30097 | Jay Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Hapeville Capital, LLC | 2253 Grady Ridge Trail | Duluth | GA | 30097 | Jay Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Northlake Hotels Inc. | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, |

| Garnishee Name | Garnishee Address | | | | Agent for Service of Process | Agent Address |
|---|---|---|---|---|---|---|
| | | | | | | Duluth, GA 30097 |
| RM Family Limited Partnership | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Jay R. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| U.V. Hotels, LLC | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | U.H. Patel | 2300 Henderson Mill Ste 125 Atlanta GA, 30345 |
| Diplomat Hotel Corp. | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Diplomat Companies LLC | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Budgetel Lodging LLC | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Jay Patel | 2300 Henderson Mill Ste 125 Atlanta GA, 30345 |
| Diplomat Development Co. LLC | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Look Outdoor LLC | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | John Fite | 2300 Henderson Mill Ste 125 Atlanta GA, 30345 |
| Northlake Hotels Inc. | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Rajesh C. Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| Chelsea Capital Partners LLC | 2300 Henderson Mill Rd., Suite 125 | Atlanta | GA | 30345 | Jay Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |
| SHR Holdings LLC | 2860 Cravey Dr. | Atlanta | GA | 30345 | Alka Patel | 3275 Lenox Rd. Apt 301 Atlanta GA 30324 |
| CT Hotels, LLC | 3585 Chamblee Tucker Rd. | Atlanta | GA | 30341 | Bryan M. Knight | 1360 Peachtree Street NE, Suite 1201, Atlanta GA 30309 |
| Diplomat CT Hotels LLC | 3585 Chamblee Tucker Rd. | Atlanta | GA | 30341 | Bryan M. Knight | 1360 Peachtree Street NE, Suite 1201, Atlanta GA 30309 |
| Surrey Capital, LLC | 5728 Lost Grove Dr., NW | Lilburn | GA | 30047 | Jay Patel | 2253 Grady Ridge Trail, Duluth, GA 30097 |

| Garnishee Name | Garnishee Address | | | | Agent for Service of Process | Agent Address |
|---|---|---|---|---|---|---|
| RM Kids, LLC | 65 Sheridan Dr. | Atlanta | GA | 30305 | Mitesh Amin | 1472 Cardova Pointe, Dunwoody GA 30338 |
| MIT-HMA, Inc. | 65 Sheridan Dr. | Atlanta | GA | 30305 | Mitesh Amin | 1472 Cardova Pointe, Dunwoody GA 30338 |
| Arsenal Capital Partners-Walton | 705 Town Blvd. APT 523 | Atlanta | GA | 30319 | "John S." | 705 Town Blvd Apt. 523, Atlanta GA 30319 |
| Carnegie Hotel MT LLC | c/o Summit Hotel TRS 099, LLC 12600 Hill Country Blvd Ste R-100 | Austin | TX | 78738 | Corporation Services Company | 40 Technology Pkwy. S. Suite 300 Norcross GA 30092 |
| Carnegie Hotels LLC | c/o Summit Hotel TRS 099, LLC 2701 S. Minnesota Ave Suite 6 | Sioux Falls | SD | 57105 | Corporation Services Company | 40 Technology Pkwy. S. Suite 300 Norcross GA 30092 |