# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| STATE BANK OF TEXAS, | § § | |
| *Plaintiff and Judgment Creditor*, | § § | |
| vs. | § § § | |
| RAJESH PATEL *and* MUKESH PATEL, | § § | Civil Action No. 1:09-cv-01494-RLV |
| *Judgment Debtors* and *Defendants* | § § § § | |

## ORDER ON PLAINTIFF'S MOTION
## FOR WRIT OF GARNISHMENT

Having considered Plaintiff's Motion for Writ of Garnishment filed herein, made pursuant to Rule 69 of the Federal Rules of Civil Procedure and O.C.G.A. § 18-4-1 *et seq.*, as to assets of the Judgment Debtors, Rajesh Patel and Mukesh Patel, in the possession of one or more entities:

IT IS ORDERED that State Bank of Texas's Motion for Writ of Garnishment is granted.

IT IS FURTHER ORDERED that the Summons of Garnishments attached to the Motion for Writ of Garnishment may issue to the identified individuals and entities named in the Summons. This Court shall retain

jurisdiction to enforce the terms of this Order and to provide such additional relief as required.

**SO ORDERED** this 6th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE