IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **STATE BANK OF TEXAS** | § | |
| | § | |
| *Plaintiff and Judgment Creditor,* | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| **RAJESH PATEL** *and* **MUKESH PATEL,** | § | **Action No. 1:09-cv-01494-WBH** |
| | § | |
| | § | |
| *Judgment Debtors* and *Defendants,* | § | |
| | § | |
| | § | |
| | § | |

**REVISED ORDER ON PLAINTIFF'S MOTION FOR WRIT OF GARNISHMENT**

This Court's Order of October 6, 2014, [Doc. 104], is hereby **VACATED** to be replaced with the instant order. Having considered Plaintiff's Motion for Writ of Garnishment, which was previously filed and made pursuant to Rule 69 of the Federal Rules of Civil Procedure and O.C.G.A. § 18-4-1 *et seq.*, as to assets of the Judgment Debtors, Rajesh Patel and Mukesh Patel, in the possession of one or more entities:

IT IS ORDERED that State Bank of Texas's Motion for Writ of Garnishment is granted.

IT IS FURTHER ORDERED that the Summons of Garnishments may issue to the identified individuals and entities named in the Summons, and may be served upon those individuals and entities in accordance with applicable law. This Court shall retain jurisdiction to enforce the terms of this Order and to provide such additional relief as requested.

SO ORDERED this 20ᵗʰ day of November, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE