# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **STATE BANK OF TEXAS** | |
| *Plaintiff and Judgment Creditor*, | |
| vs. | |
| **RAJESH PATEL** *and* **MUKESH PATEL**, | Civil Action No. 1:09-cv-01494-WBH |
| *Judgment Debtors* and *Defendants*, | |

### MOTION FOR ADDITIONAL SUMMONS OF GARNISHMENT, PURSUANT TO PLAINTIFF'S PRIOR MOTION (Doc. #97), AND THIS COURT'S DECISION GRANTING SAME (Doc. #104)

COMES NOW, Plaintiff/Judgment Creditor State Bank of Texas, and moves this Court, pursuant to O.C.G.A. § 18-4-63 *et seq*., and Fed. R. Civ. P. 69(a)(1), to approve the issuance of additional Summons of Garnishment upon the individuals and entities named herein, that Plaintiff has reason to believe may possess non-exempt property of the Judgment Debtors, Rajesh Patel and Mukesh Patel. Plaintiff would respectfully show this Court the following:

1. After obtaining the underlying Judgment in this case, Plaintiff filed a Motion for Writ of Garnishment, and requested that summons of garnishment thereon be permitted to issue to individuals and entities that may possess non-exempt assets of the Judgment Debtors. *See* Doc. #97. The motion was supported by Affidavit, *see* Doc. #97 at Ex. 1, and was sustained by this Court on October 6, 2014, Doc. #104.

2. Pursuant to O.C.G.A. § 18-4-63, *et seq.*, (Issue of Additional Summons of Garnishment….), as made relevant by Fed. R. Civ. P. 69(a)(1), Plaintiff wishes to pursue additional garnishment as to entities that investigation has revealed may possess funds of the Judgment Debtors. Because some of the new garnishees are financial institutions, the Judgment Debtor's identifying information is stated on some summons forms with the particularity required by O.C.G.A. § 18-4-20(i). As a result and to protect the Judgment Debtors' privacy, these forms have not been included in this filing and have been set to the court directly instead.

3. O.C.G.A. § 18-4-63(a) provides, in relevant part, that additional "[s]ummons of garnishment may issue from time to time on the same affidavit

until the judgment is paid….” Attached is a copy of Mazin A. Sbaiti's Affidavit in Support of Writ of Garnishment, upon which the prior garnishment was based.[1]

4.    Wherefore, Petitioner, State Bank of Texas, respectfully requests that the Court sustain this Motion, and approve the issuances of the additional garnishment papers.

**This 5th day of December, 2014.**


    /s/ Mazin A. Sbaiti             
Mazin A. Sbaiti (Pro Hac Vice)
**Steckler LLP**
Two Hillcrest Green
12720 Hillcrest Rd.
  Suite 1045
Dallas, Texas 75230
T: (972) 387-4040
F: (972) 853-4367
E: Mazin@Stecklerlaw.com
E: Staci@StecklerLaw.com
*Counsel for Plaintiff State Bank of Texas*

    /s/ G. Franklin Lemond, Jr.           
G. Franklin Lemond
**Webb Klase & Lemond LLP**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
T: (770) 444-9325
F: (770) 444-0271
E: Adam@WebbLLC.com

---

[1] *See* Exhibit 2.

Motion for Writ of Garnishment

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification to all participating attorneys of record.

This 5th day of December, 2014.

| | |
|---|---|
| ___/s/ Mazin Sbaiti_____ | __/s/ G. Franklin Lemond, Jr._____ |
| Mazin A. Sbaiti (*Pro Hac Vice*) | |
| **Steckler LLP** | **Webb Klase & Lemond LLP** |
| Two Hillcrest Green | 1900 The Exchange, S.E. |
| 12720 Hillcrest Rd. | Suite 480 |
| Suite 1045 | Atlanta, Georgia 30339 |
| Dallas, Texas 75230 | T: (770) 444-9325 |
| T: (972) 387-4040 | F: (770) 444-0271 |
| F: (972) 853-4367 | E: Adam@WebbLLC.com |
| E: Mazin@Stecklerlaw.com | |
| E: Kim@StecklerLaw.com | |
| ***Counsel for Plaintiff State Bank of Texas*** | |