FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN - 2 2015

JAMES N. HATTEN, CLERK
By: *J. Brannon* Deputy Clerk

Us District Court Northern Dist Ga
Georgia,

State Bank Of Texas
             VS.                Plaintiff

Rajesh C. Patel, Mukesh C Patel
                                Defendant

Wells Fargo Bank                Garnishment/Case No. 109CV01494WBH
                Garnishee

## ANSWER OF REGULAR GARNISHMENT

1. From the time of service of this summons of continuing garnishment, if this is the first answer to such summons, otherwise from the time of the last answer to this summons of continuing garnishment, until the time of this answer, garnishee had in his possession the following described property of the defendant:

2. From the time of service of this summons of continuing garnishment, if this is the first answer to such summons, otherwise from the time of the last answer to this summons of continuing garnishment, until the time of this answer, all debts accruing from garnishee to the defendant are in the amount of $_____.

3. $_____ of the amount named in paragraph 2 was wages earned at a rate of $_____ per _____ for the period beginning _____, 20_____, through the time of making this answer. The amount of wages which is subject to this garnishment is computed as follows:
   $_____ Gross earnings
   $_____ Total social security and withholding tax
   $_____ Total disposable earnings
   $_____ Amount of wages subject to continuing garnishment
   $_____ Amount herewith paid into court

4. ( X ) If checked, this is the last answer this garnishee is required to file to the presently pending summons of garnishment in the above-styled case.

5. Garnishee further states:   ALL ACCOUNTS CLOSED

6. (   ) If checked, defendant is not presently employed by this garnishee and if employed by garnishee on or after service of this summons of continuing garnishment was most recently terminated as of the _____ day of _____, 20_____. Reason for termination _____.

Present residential address _____

Present employer _____

Signed _____
                              Garnishee

**CERTIFICATE OF SERVICE**
This is to certify that I have this day served plaintiff or his attorney in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This _____ day of _____, _____.

Signed _____
                              Garnishee

Received 12/18/2014 09:15AM in 00:49 on line [8] for LIENS * 2/4
2014-12-18 09:15 Wells Fargo Bank, NA      770 531 5286 >>    FaxTransmittal  P 2/4

CB

123156514
LEGL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STATE BANK OF TEXAS § § *Plaintiff and Judgment Creditor*, § § vs. § § RAJESH PATEL *and* MUKESH PATEL, § § *Judgment Debtors* and *Defendants*, § § WELLS FARGO BANK, § *Garnishee* § | Civil Action No. 1:09-cv-01494-WBH |

### SUMMONS OF GARNISHMENT

To: Garnishee:

WELLS FARGO BANK
1324 THOMPSON BRIDGE RD
GAINESVILLE, GA 30501-1710

Amount claimed due by Plaintiff: $6,796,103.01, plus an additional $1,726,7791.56 in interest as of August 26, 2014 ($1,341.72 per day), and attorneys' fees of 10%, plus $25.00

Plus court costs due on the summons = $_____

~~Regarding the Defendants/Judgment Debtors in the above captioned case,~~ whose identifying information is further particularized pursuant to O.C.G.A. § 18-4-20(i) as follows:

Summons of Garnishment

Received 12/18/2014 09:15AM in 00:49 on line [8] for LIENS * 3/4
2014-12-18 09:16 Wells Fargo Bank, NA          770 531 5286 >>    FaxTransmittal  P 3/4

Witness the Honorable <u>Willis B. Hunt, Jr.</u> Judge of Said Court.

This <u>9th</u> day of <u>Dec.</u>, 2014.

*[signature]*
Mazin A. Sbaiti
Steckler LLP
12720 Hillcrest Road — Suite 1045
Dallas, TX 75230
972-387-4040 (T)
972-387-4041 (F)
Plaintiff's Attorney

s/ <u>Denise D.M. McGoldrick</u>
For Clerk of Court, James N. Hatten

Service perfected on Garnishee this <u>18</u> day of <u>Dec.</u> 2014.

*[signature]*
Deputy/Marshal/Sheriff/Constable/Other

Summons of Garnishment

Received 12/18/2014 09:15AM in 00:49 on line [8] for LIENS * 4/4
2014-12-18 09:16 Wells Fargo Bank, NA          770 531 5286 >>    FaxTransmittal  P 4/4

<u>Rajesh Patel, aka "Rajesh C. Patel," aka "R.C. Patel"</u>

<u>Address</u>: 2253 Grady Ridge Trail Duluth, GA 30097

<u>SSN</u>: 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

and

<u>Mukesh Patel, aka "Mukesh C. Patel," aka "M.C. Patel"</u>

<u>Address</u>: 2860 Cravey Dr NE Atlanta, GA 30345

<u>SSN</u>: 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

<u>Account No</u>: 770-531-5280 (Business)


YOU ARE HEREBY COMMANDED to hold immediately all property, money, wages, except what is exempt, belonging to the defendant, or debts owed to the defendant named above at the time of service of this summons and between the time of service of this summons and the time of making your garnishee answer. Not sooner than 30 days but not later than 45 days after you are served with this summons, you are commanded to file your garnishee answer in writing with the clerk of this court and serve a copy upon the plaintiff or the plaintiff's attorney named below. Money or other property subject to this summons should be delivered to the court with your garnishee answer.

Should you fail to file a garnishee answer to this summons, a judgment will be rendered against you for the amount the plaintiff claims due by the defendant.

Summons of Garnishment

...




Legal Order Processing   Y1372-039
P.O. Box 7600
Philadelphia, PA 19106
(800) 869-3557

December 19, 2014

Us District Court Northern Dist Ga
Clerk
1837 Richard Russell Federal Bldg 75 Spring St Sw
Atlanta, GA 30303

Your Reference No:   109CV01494WBH

Dear Clerk

We are in receipt of your legal document(s) related to the above referenced matter.   Attached you will find our response.

Thank you.

Legal Order Processing
Wells Fargo Bank, N.A.

Enclosure

WF Case No:   123156514