UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STATE BANK OF TEXAS | ) | |
| | ) | |
| Plaintiff and Judgment Creditor | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 1:09-CV-01494-WBH |
| | ) | |
| RAJESH PATEL AND MUKESH PATEL, | ) | |
| | ) | |
| Judgment Debtors and Defendants. | ) | |
| | ) | |
| GARLAND, SAMUEL & LOEB, P.C., | ) | |
| | ) | |
| Garnishee. | ) | |

## ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES, WAGES OR EARNINGS OF JUDGMENT DEBTOR

COMES NOW, the Garnishee, Garland, Samuel & Loeb, P.C., and makes oath as follows:

1. That, at the time of service of this garnishment, or at any time thereafter, the garnishee was not indebted to the judgment debtor.

2. That the garnishee had no property, debts, or effects belongs to the judgment debtor in his possession or under his control.

3. That garnishee is not aware of any other person or entity that is indebted to the judgment debtor.

4. That the garnishee is a law firm that represents Rajesh Patel in connection with a pending case in the Middle District of Tennessee and that Garland, Samuel & Loeb, P.C. owes no money to Rajesh Patel or Mukesh Patel and is not holding any funds for either of these two judgment debtors.

                                            RESPECTFULLY SUBMITTED,

                                            GARLAND, SAMUEL & LOEB, P.C.

                                            /s/ *Donald F. Samuel*
                                            DONALD F. SAMUEL
                                            Ga. Bar #624475

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
dfs@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STATE BANK OF TEXAS | ) | |
| | ) | |
| Plaintiff and Judgment Creditor | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 1:09-CV-01494-WBH |
| | ) | |
| RAJESH PATEL AND MUKESH PATEL, | ) | |
| | ) | |
| Judgment Debtors and Defendants. | ) | |
| | ) | |
| GARLAND, SAMUEL & LOEB, P.C., | ) | |
| | ) | |
| Garnishee. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES, WAGES OR EARNINGS OF JUDGMENT DEBTOR** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 12th day of January, 2015.

/s/ *Donald F. Samuel*
DONALD F. SAMUEL
Ga. Bar #624475

## VERIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES, WAGES OR EARNINGS OF JUDGMENT DEBTOR are true and correct.

Executed on:

__January 12, 2015__
Date

_____
Signature of Attorney

Sworn to and subscribed before me this 12th day of January, 2015.

_____
Notary Public

