Case 1:09-cv-01494-WBH   Document 130   Filed 02/03/15   Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 03 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

State Bank of Texas
Plaintiff and Judgment Creditor

Civil Action No. 1:09-cv-01494-WBH

v.

Rajesh Patel and Mukesh Patel
Judgment Debtors and Defendants,

Alston & Bird LLP
Garnishee.

## ANSWER OF GARNISHEE

1. At the time of service or from the time of service to the time of this answer, garnishee had possession of the following described property of the Defendant: <u>Case files only (no financial property or debts of any kind).</u>

2. At or from the time of service to the time of answer, all debts accruing from Garnishee to the Defendant are in the amount of $ <u>0.00</u>.

3. <u>$0.00</u> of the amount specified in paragraph 2, were wages earned at the rate of $ <u>N/A</u> per <u>N/A</u> for the period beginning _____, 20___, through the time of making this answer. The amount of wages subject to this garnishment was computed as follows:

| | |
|---|---|
| $ <u>0.00</u> | Gross earnings |
| $ _____ | Total social security & withholding tax |
| $ _____ | Total disposable earnings |
| $ _____ | Amount of wages subject to garnishment and paid herewith |

4. Garnishee further states: (Attach additional sheets if necessary.) <u>As noted above, the only property of the Defendants in the Garnishee's possession consists of the case files from Alston & Bird's representation of the Patel family in an unrelated matter. The firm has no assets belonging to or debts accruing to the Defendants.</u>

_[signature]_     298836                    404-881-7000
Garnishee or Attorney for Garnishee & Bar Number     Telephone Number

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served Plaintiff or his attorney in the foregoing matter with a copy of this pleading by depositing in the U.S. Mail a copy of same in a properly addressed envelope with adequate postage thereon. This <u>3rd</u> day of <u>February</u>, 2015.

_[signature]_     298836
Garnishee or Attorney for Garnishee & Bar Number