IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **STATE BANK OF TEXAS** § § | |
| *Plaintiff and Judgment Creditor*, § § | |
| vs. § § | |
| **RAJESH PATEL** *and* **MUKESH PATEL,** § | Civil Action No. 1:09-cv-01494-WBH |
| *Judgment Debtors* and *Defendants,* § § § | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE THAT Plaintiffs withdraw Plaintiffs Traverse (Document Numbers 165 and 166), inadvertently filed with the Court. Plaintiffs apologize for any inconvenience.

Dated: March 25, 2015.

      /s/ Mazin A. Sbaiti

| | |
|---|---|
| Mazin A. Sbaiti (Pro Hac Vice) | Adam Webb |
| **Steckler LLP** | Franklin Lemond |
| Two Hillcrest Green | Webb Klase & Lemond LLP |
| 12720 Hillcrest Rd. | 1900 The Exchange, S.E. |
| Suite 1045 | Suite 480 |
| Dallas, Texas 75230 | Atlanta, Georgia 30339 |
| T: (972) 387-4040 | T: (770) 444-9325 |
| F: (972) 853-4367 | F: (770) 444-0271 |
| E: Mazin@Stecklerlaw.com | E: Adam@WebbLLC.com |
| E: Staci@StecklerLaw.com | E: Franklin@WebbLLC.com |
| *Counsel for Plaintiff State Bank of Texas* | |

## CERTIFICATE OF SERVICE

This is to certify that I have, this day, served counsel for the opposing party in the foregoing matter with a copy of this pleading via U.S. Mail, Fax and/or Electronic Service.

This 25th Day of March, 2015.

/s/ Mazin A.Sbaiti
Mazin A. Sbaiti
Pro Hac Vice
